■ In the Matter of THEODORE H. FRIEDMAN (Admitted as THEODORE HERZL FRIEDMAN), a Disbarred Attorney. [746 NYS2d 254] —Petition for reinstatement referred to referee for hearing and report, as indicated. No opinion. Concur—Williams, P.J., Andrias, Buckley, Sullivan and Rubin, JJ.

■ In the Matter of HARRIS J. RAKOV (Admitted as HARRIS JOEL RAKOV), a Suspended Attorney. [746 NYS2d 254] —Petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Mazzarelli, J.P., Andrias, Rosenberger, Wallach and Rubin, JJ.